## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: James Donald Lacey                    BK NO. 22-02207 MJC
                Debtor(s)

                                       Chapter

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Waterfall Victoria Grantor Trust II, Series G and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
30 Jan 2023, 17:06:32, EST

                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  215-627-1322

Document ID: b5b8ae1286895068e2ed36e54c0c758053b14a64ee7c17512730d363120c5a6a