**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 27, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

>  In Re: James Donald Lacey
>  Chapter 13 Bankruptcy
>  Case No. 5:22-02207

Dear Sir/Madam:

The mailing address for the Debtor has changed. Please be advised the correct information is as follows.

> James Donald Lacey
> c/o Shawn Lacey
> 221 Lathrop St
> Kingston, PA 18704

Thank you for assistance in this matter.

> Very truly yours,
>
> /s/ Tullio DeLuca, Esquire

TD/km