UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

JAMES DONALD LACEY

Debtor(s)

Chapter: 13
Case Number: 5-22-02207

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Debtor's Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: September 27, 2023

SIGNED: _Lisa Marchak_

TITLE: Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Donald Lacey,
aka James D. Lacey, aka James Lacey,

**Debtor 1**

Chapter 13

Case No.   5:22-bk-02207-MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on August 9, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 21, 2023

orcnfpln(05/18)

| | | |
|---|---|---|
| Andrew Marley, Esq.<br>1581 Main Street, Suite 200<br>Warrington, PA 18976-3403 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Comcast-PA<br>Attn: Bankruptcy<br>1555 Suzy St.<br>Lebanon, PA 17046-8318 |
| Credit Collection Service<br>725 Canton St.<br>Norwood, MA 02062-2679 | First National Bank of PA<br>4140 E. State St.<br>Hermitage, PA 16148-3401 | Fortiva<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 |
| Luzerne County Tax Claim Bureau<br>c/o Northeast Revenue Service<br>200 N. River St.<br>Wilkes-Barre, PA 18711-1004 | Nanticoke City Sewer<br>PO Box 2723<br>Wilkes-Barre, PA 18703-2723 | US Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Waterfall Victoria Grantor Trust II, Series<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | Waterfall Victoria Grantor Trust, III<br>c/o Statebridge Company, LLC<br>6061 South Willow Drive, Suite 300<br>Greenwood Village, CO 80111-5151 |
| JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | | |