UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                           CASE NO.: 22-02207
                                                                                         CHAPTER 13

**James Donald Lacey,**
    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WATERFALL VICTORIA GRANTOR TRUST II, SERIES G ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                      Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                      Attorney for Secured Creditor
                                                     13010 Morris Rd., Suite 450
                                                     Alpharetta, GA 30004
                                                     Telephone: 470-321-7112
                                                     Facsimile: 404-393-1425

                                                     By: <u>/s/Michelle L. McGowan, Esq.</u>
                                                          Michelle L. McGowan, Esq.
                                                          Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAMES DONALD LACEY
C/O SHAWN LACEY 221 LATHROP ST
KINGSTON, PA 18704

And via electronic mail to:

TULLIO DELUCA
381 N. 9TH AVENUE
SCRANTON, PA 18504

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE 1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Angela Gill