United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02207-MJC |
| James Donald Lacey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Donald Lacey, c/o Shawn Lacey, 221 Lathrop St, Kingston, Pa 18704-5350 |
| cr | + | Waterfall Victoria Grantor Trust II, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Waterfall Victoria Grantor Trust II, Series G C/o, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 26, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Waterfall Victoria Grantor Trust II  Series G bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mary F Kennedy | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of WF Victoria Grantor Trust mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Michelle McGowan | on behalf of Creditor Waterfall Victoria Grantor Trust II mimcgowan@raslg.com |
| Tullio DeLuca | |

on behalf of Debtor 1 James Donald Lacey tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 5:22-bk-02207-MJC |
| JAMES DONALD LACEY | : | |
| Debtor. | : | CHAPTER 13 |

************************************************************************

| | |
|---|---|
| JAMES DONALD LACEY | : |
| Movant, | : |
| | : |
| vs. | : |
| INTERNAL REVENUE SERVICE, | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| REVENUE, PENNSYLVANIA | : |
| DEPARTMENT OF LABOR & | : |
| INDUSTRY, PENNSYLVANIA LIQUOR | : |
| CONTROL BOARD and JACK N. | : |
| ZAHAROPOULOS, ESQUIRE, | : |
| CHAPTER13 TRUSTEE | : |
| Respondents. | : |

************************************************************************

**ORDER GRANTING DEBTOR'S MOTION FOR PRIVATE SALE OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES, AND ENCUMBRANCES**

************************************************************************

Upon consideration of the MOTION OF PRIVATE SALE OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CHARGES, AND ENCUMBRANCES, Dkt. # 80 ("Motion"), after appropriate Notice and Service of the Motion, pursuant to Federal Bankruptcy Rules and Local Bankruptcy Rules, and after a hearing held on October 22, 2024, it is hereby

**ORDERED,** that the Motion is hereby **GRANTED**; it is further

**ORDERED,** that the Private Sale of the Restaurant Liquor License R961 LID No. 9710 in the amount of $56,000.00 to Pizza Althea, LLC is hereby approved; and it is further

**ORDERED** that distribution of the proceeds from the sale of the Restaurant Liquor License R961 LID No. 9710 is allowed as follows:

a. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1500.00;

b. Debtor's exemption, if any;

c. The net sale proceeds shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 23, 2024