UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5-22-02207 |
| JAMES DONALD LACEY | : | |
| Debtor, | : | CHAPTER 13 |

*************************************************************************

| | |
|---|---|
| TUCKER ARENSBERG, P.C., on behalf of PIZZA ALTHEA LLC, | : : |
| Movant | : : |
| v. | : : |
| INTERNAL REVENUE SERVICE, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY, PENNSYLVANIA LIQUOR CONTROL BOARD and JACK N. ZAHAROPOULOS, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : : : : : : |
| Respondents | : |

**NOTICE OF MOTION**

The Movant, Tucker Arensberg, P.C., on behalf of Pizza Althea LLC, who filed a Motion for Payment of Funds from Chapter 13 Trustee to Broker on December 12, 2024.

If you object to the relief requested, you must file your objections/responses on or before December 26, 2024 with the Clerk of Bankruptcy Court, and serve a copy on Movant, Respondents and Trustee.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Cout will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                   **TUCKER ARENSBERG, P.C.**

Dated: December 12, 2024         By /s/ Evan C. Pappas
                         Evan C. Pappas, PA ID No. 200103
                         300 Corporate Center Drive, Suite 200
                         Camp Hill, PA 17011
                         (717) 234-4121
                         *Attorneys for Movant*

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5-22-02207 |
| JAMES DONALD LACEY | : | |
| Debtor, | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| TUCKER ARENSBERG, P.C., on behalf of PIZZA ALTHEA LLC, | : : | |
| Movant | : : | |
| v. | : : | |
| INTERNAL REVENUE SERVICE, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY, PENNSYLVANIA LIQUOR CONTROL BOARD and JACK N. ZAHAROPOULOS, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : : : : : : | |
| Respondents | : | |

## MOTION FOR PAYMENT OF FUNDS FROM CHAPTER 13 TRUSTEE TO BROKER

AND NOW COMES, Movant, Tucker Arensberg, P.C., on behalf of Pizza Althea LLC, and files this Motion to Approve Payment to Broker, UD Consulting d/b/a Sofranko Advisory Group, and states as follows:

1. Debtor was the owner of a Restaurant Liquor License, R961, LID No. 9710 (the "License").

2. Debtor entered into an Agreement of Sale for Purchase of Liquor License ("Agreement) dated June 19, 2024, for the sale of the License to Pizza Althea LLC for the purchase price of $56,000.00 ("Purchase Price").

3. Pursuant to the terms of the Agreement, funds were to be disbursed at Closing, including the sum of Seven Thousand Five Hundred Dollars and 00/100 ($7,500.00) which was to

be paid from the Purchase Price to the broker who brokered the sale, UD Consulting d/b/a Sofranko Advisory Group.

4. Due to an inadvertent error, the funds due to broker, UD Consulting d/b/a Sofranko Advisory Group, were not deducted from the amount remitted to the Trustee.

5. Because the funds due to the Broker are being held by the Trustee, Movant requests an Order approving the payment of the amount of Seven Thousand Five Hundred Dollars and 00/100 ($7,500.00) from the estate of the Debtor to be paid to UD Consulting d/b/a Sofranko Advisory Group.

6. All creditors are expected to be paid in full, even with this payment of $7,500.00 from the Trustee to UD Consulting d/b/a Sofranko Advisory Group.

7. The undersigned sought concurrence from both the Chapter 13 Trustee and Debtor's counsel, and both concur with this Motion.

WHEREFORE, Movant, Tucker Arensberg, P.C., on behalf of Pizza Althea LLC, respectfully requests this Honorable Court grant the Motion for Payment of Funds to Broker and to issue an Order approving the payment of Seven Thousand Five Hundred Dollars and 00/100 ($7,500.00) to UD Consulting d/b/a Sofranko Advisory Group.

**TUCKER ARENSBERG, P.C.**

Dated: December 12, 2024   By  /s/ Evan C. Pappas
                              Evan Pappas, PA ID No. 200103
                              300 Corporate Center Drive, Suite 200
                              Camp Hill, PA 17011
                              (717) 221-7979
                              epappas@tuckerlaw.com
                              *Attorneys for Movant*

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 5-22-02207 |
| JAMES DONALD LACEY | : | |
| Debtor, | : | CHAPTER 13 |

*************************************************************************

| | |
|---|---|
| TUCKER ARENSBERG, P.C., on behalf of PIZZA ALTHEA LLC, | : : |
| Movant | : : |
| v. | : : : |
| INTERNAL REVENUE SERVICE, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY, PENNSYLVANIA LIQUOR CONTROL BOARD and JACK N. ZAHAROPOULOS, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : : : : : : |
| Respondents | : |

## ORDER GRANTING MOTION FOR PAYMENT OF FUNDS FROM CHAPTER 13 TRUSTEE TO BROKER

Upon consideration of Motion for Payment of Funds to Broker, and after appropriate Notice and service of Movant's Motion, pursuant to Federal Bankruptcy Rules and Local Bankruptcy Rules, IT IS HEREBY ORDERED that:

(a) Movant's Motion for Payment of Funds to Broker is GRANTED; and

(b) The Trustee shall pay the amount of Seven Thousand Five Hundred Dollars and 00/100 ($7,500.00) to UD Consulting d/b/a Sofranko Advisory Group, and the check shall be mailed to Evan C. Pappas, Esquire, Tucker Arensberg, P.C., 300 Corporate Center Drive, Suite 200, Camp Hill, PA 17011.

(c) The Trustee fee in effect at the time of this $7,500 distribution shall be paid from the estate.

BY THE COURT:

_____
Honorable Mark J. Conway