United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 22-02207-MJC
James Donald Lacey     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 21, 2025     Form ID: pdf010     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol     Definition**
^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| | Andrew Marley, Esquire, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| | COMCAST, P.O. Box 19313, Burlingame, CA 94011-1931 |
| | Luzerne County Tax Claim, Bureau, 200 N. River Street, Wilkes-Barre, PA 18711-1004 |
| | Nanticoke City Sewer, P.O. Box 2723, Wilkes-Barre, PA 18703-2723 |
| | US Department of Education, P.O. Box 16448, Saint Paul, MN 55116-0448, Waterfall Victoria Grantor |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: documentfiling@lciinc.com | Jan 21 2025 19:16:00 | COMCAST-PA, 1555 Suzy Street, Lebanon, PA 17046-8318 |
| | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 21 2025 19:16:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 21 2025 19:16:00 | First National Bank of PA, 4140 E. State Street, Hermitage, PA 16148-3401 |
| | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 21 2025 19:16:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| | Email/Text: kirshaj@eliterevenue.com | Jan 21 2025 19:16:00 | Luzerne County Tax Claim, Bureau, 200 N. River Street, Wilkes-Barre, PA 18711-1004 |
| | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 21 2025 19:16:00 | Trust II, Series, c/o Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| ^ | MEBN | Jan 21 2025 19:12:34 | Waterfall Victoria Grantor Trust III, c/o Statebridge Company, LLC, 6061 South Willow Drive, Suite 300, Greenwood Village, CO 80111-5151 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025               Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Waterfall Victoria Grantor Trust II Series G bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Evan C. Pappas | on behalf of Accountant Tucker Arensberg P.C. on behalf of Pizza Althea LLC epappas@tuckerlaw.com, mconnor@tuckerlaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mary F Kennedy | on behalf of Creditor U.S. Bank Trust National Association as Trustee of WF Victoria Grantor Trust mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Michelle McGowan | on behalf of Creditor Waterfall Victoria Grantor Trust II mimcgowan@raslg.com |
| Tullio DeLuca | on behalf of Debtor 1 James Donald Lacey tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5:22-BK-02207-MJC |
| JAMES DONALD LACEY<br>Debtor, | CHAPTER 13 |
| TUCKER ARENSBERG, P.C., on behalf of PIZZA ALTHEA LLC,<br>Movant | |
| v. | |
| INTERNAL REVENUE SERVICE, PENNSYLVANIA DEPARTMENT OF REVENUE, PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY, PENNSYLVANIA LIQUOR CONTROL BOARD and JACK N. ZAHAROPOULOS, ESQUIRE, CHAPTER 13 TRUSTEE<br>Respondents | |

## ORDER GRANTING MOTION FOR PAYMENT OF FUNDS FROM CHAPTER 13 TRUSTEE TO BROKER

Upon consideration of Motion for Payment of Funds to Broker, Dkt. # 89 ("Motion"), and after appropriate Notice and service of Movant's Motion, pursuant to Federal Bankruptcy Rules and Local Bankruptcy Rules, and no responses having been filed thereto,

**IT IS HEREBY ORDERED** that:

(a) Movant's Motion is **GRANTED**; and

(b) The Trustee shall pay the amount of Seven Thousand Five Hundred Dollars and 00/100 ($7,500.00) to UD Consulting d/b/a Sofranko Advisory Group, and the check shall be mailed to Evan C. Pappas, Esquire, Tucker Arensberg, P.C., 300 Corporate Center Drive, Suite 200, Camp Hill, PA 17011.

(c) The Trustee fee in effect at the time of this $7,500 distribution shall be paid from the estate.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 21, 2025